# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jonathan Lee Riches©,
Plaintiff

v.

Rudolph W. Giuliani A/K/A Rudy Giuliani;
Mitt Romney,
Defendants

FILED
IN CLERKS OFFICE
2007 OCT 22 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL NO. 07 CA 12013 WGY
MAGISTRATE JUDGE Bowler

## CIVIL COMPLAINT
"Violation of my 6th/8th amendment rights"
"TRO Temporary Restraining Order"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendants in this Suit to respond. This suit is civil Rights and Constitutional violations Defendants committed and crimes pursuant to Kidnapping, conspiracy, neglect, tax fraud, torture, crimes against humanity, aiding and abetting, abuse, cruel and unusual punishment, deliberate indifference, treason and harassment. Plaintiff moves this Honorable Court to issue a Emergency Restraining Order against Defendant's, forbidding any direct or indirect contact with Plaintiff and Plaintiff's copyrighted name. Plaintiff seeks $12,000,000.00 Million dollars from Defendants. Plaintiff requests a Jury trial. Plaintiff prays for relief.

DEFENDANTS, Rudolph Giuliani is the former Mayor of New York city, Mitt Romney is the former Governor of Massachusetts, both are on the Republican ticket for President of the United States

Plaintiff, Jonathan Lee Riches©, is a Freedom fighter Political prisoner serving a illegal sentence of 125 Months in Federal Prison for Identity Theft. Plaintiff is currently at FCI Williamsburg in Salters, South Carolina

PAGE 2
...hes v. Giuliani
Case 1:07-cv-12013-WGY   Document 1   Filed 10/22/07   Page 2 of 5

**1**

Defendants have been in a vast conspiracy everyday since Feb 25th, 2003. Defendants through direct and indirect financial and logistical support have been kidnapping me and inflicting psychological torture on me since Feb 25th, 2003. Everyday, 24 hrs a day since Feb 25th, 2003 defendants are purposely inflicting a deliberate indifference on my health, mind, my body, and soul. Defendants are terrorists, planning on kidnapping more innocent Americans, and holding them hostage against their will.

**2**

Ever since Feb 25th, 2003, Defendants have been paying state and federal taxes. Defendants pay federal tax on fuel, telecommunications tax, property taxes, Federal Income taxes. Defendants tax money supports and contributes to my current illegal incarceration. Defendants tax money goes to the Federal Government who distributes the funds to the Department of Justice and the Bureau of Prisons. The Bureau of Prisons use Defendants tax paying money to construct prisons, including FCI Williamsburg where I'm being held hostage. Defendants tax paying money pays the salary of Prison Administration, Prison Correctional officers, cache of weapons, patrol vehicles, holding cells, 6x6 wire. I've been held hostage and kidnapped and tortured everyday since Feb 25th, 2003 by Bureau of Prisons Administration and Correctional officers who are being financed by the Defendants. Defendants are paying for this operation. Defendants tax paying supports my oppression.

**3**

Defendants are violating my 6th amendment rights. Defendants are financing and supporting the violation of my 6th amendment rights through them paying taxes. My criminal case is out of the Southern District of Texas, Houston case# H-03-40. I was enhanced and sentenced to millions of dollars of fraud losses under 2.B1.1 "Relevant conduct" that was not presented in my federal indictment, A jury did not find me guilty of, or admitted to in my plea agreement. This is a clear 6th amendment violation under Blakely v. Washington 542 U.S. 296,

and U.S. V. Booker/FANFAN 542 U.S. 456. My sentencing transcripts, and Plea Bargin hearing transcripts can be obtained through the Southern District of Texas, or I can submit upon request. During My plea Bargin hearing, I admitted to and plead guilty to a Fraudulent $425 dollar wire transfer via Western Union. I did not plead guilty to any other dollar amount or was any other dollar amount mentioned during my plea agreement. Six months later, the Government and Defendants through their tax paying support makes a "PSR" pre-sentence report determination that I was a ring leader in a Interstate Identity theft ring with Fraud losses in the Millions. A 6th amendment violation that Defendants financially support. I was sentenced as if I took millions of dollars to 125 months in federal Prison. Defendants tax paying supported this violation of my 6th amendment rights. Defendants tax paying goes to the federal salary of U.S. District Judge Melinda Harmon, AUSA Jay Hileman, U.S. Probation officer Kimberly Jones, and FBI special Agent Shauna A Dunlap's violation of my 6th amendment rights. In now being Kidnapped through Defendants financial support. I will be shot and killed if I try to leave FCI williamsburg. Defendants tax paying pays Federal correctional officers with Guns and Armored vehicles to kill me if I leave. This 6th amendment violation that Defendants financially supports has cause me everlasting duress in numerous ways. I suffer schizophrenia Now because of Defendants deliberate indifference. I suffer Emotional scarring, Emotional pain and suffering because of Defendants financial support of the violation of my 6th amendment rights.

4

Defendants have been violating my 8th amendment rights to cruel and unusual punishment, deliberate indifference every day, Every hour, Every minute, since Feb 25th, 2003. Defendants tax paying to bureau of Prisons Employees including the warden at FCI Williamsburg. Defendants are paying for the wardens salary. Under the Defendants direct orders, they told prison officials to Kidnap me and hold me in a tiny cell at night, force me to sleep in a cell with another stranger, Force me to stand at 4pm Everyday for Count, If I don't comply Defendants told officials to hog tie me and throw me into a dark hole

Defendants are not feeding me properly. Defendant's Tax paying feeds me chemically induced foods laced with Pesticides, Aspartame, tainted Beef and Poultry, spoiled milk, Flouride in the water system. I've suffered massive weight loss because of Defendant's financial support, I currently weigh 125 lbs and stand at 5ft 10 inches. I have Photos I can submit upon Request. Defendants told the warden to take all fruits out of the prison. Defendants told the warden to keep me over 500 miles away from my family, causing me everyday emotional sadness and neglect. Defendants financially support No parole in the Federal system. Defendants are in a conspiracy with the Prison Phone System to keep phone rates marked up and over inflated, this is so Defendants can recieve tax breaks and kickbacks from the B.O.P. Defendants have not allowed me to see a dentist in 53 months. Defendant's Tax paying supports correctional guards and Administration staff to verbally, physically, and emotionally abuse me everyday. I have forever brain damage from the Defendant's violating my 6th and 8th amendment rights together. I will never be the same from this illegal kidnapping.

### Restraining Order

Defendants are committing the Stockholm Syndrome everyday on my life. Through the Television, media, everyday I see Defendants smiling trying to divert the kidnapping through entertainment. It works on other inmates, but not me. Plaintiff moves this Honorable Court to issue a Restraining order against Defendants contributing to my kidnapping, violating my 6th and 8th amendment rights. Moves this court to forbid Defendants from doing financial dealings with my kidnappers. Moves this court to restrain Defendant's from paying taxes that support my constitutional violations. Plaintiff moves this Honorable court to issue an order for Defendants in this suit to respond.

Respectfully Submitted

Jonathan Lee Riches ©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29540
(843) 387-9400